UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON


ALEX VINCENT GOLOSOW,

      Petitioner

v.                              Civil Action No.: 2:10-00846


WILLIAM M. FOX, Warden,
St. Mary's Correctional Center,

      Respondent


MEMORANDUM OPINION AND ORDER


Pending is a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 filed June 17, 2010.

This action was previously referred to Mary E. Stanley, United States Magistrate Judge, who, on November 23, 2010, submitted her Proposed Findings and Recommendation ("PF&R") pursuant to the provisions of 28 U.S.C. § 636(b)(1)(B).

The court having received the magistrate judge's PF&R; and the magistrate judge having recommended that the court dismiss the section 2254 petition as untimely; and no objection having been filed to the PF&R, it is ORDERED:

1.    That the findings made in the PF&R be, and they hereby are, adopted by the court; and

2.    That the section 2254 petition, and this action, be,

and they hereby are, dismissed with prejudice.

The Clerk is directed to forward copies of this written

opinion and order to all counsel of record, any unrepresented

parties, and the United States Magistrate Judge.

DATED: January 19, 2011

John T. Copenhaver, Jr.
United States District Judge